IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>       Plaintiff,<br><br>   v.<br><br>SCRIPT RELIEF, LLC and JOHN DOES 1-10,<br><br>       Defendants. | Civil Action No: 8:16-cv-00915-VMC-MAP<br><br>**CLASS ACTION** |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, MEDICAL & CHIROPRACTIC CLINIC, INC., and Defendant, SCRIPT RELIEF, LLC, through their undersigned attorneys, hereby dismiss this action with prejudice, class allagations without prejudice, each side to bear its own costs.

              Respectfully submitted,

              s/Ryan M. Kelly
              Ryan M. Kelly, FL Bar No. 90110
              ANDERSON + WANCA
              3701 Algonquin Rd., Suite 500
              Rolling Meadows, IL 60008
              Telephone: 847-368-1500 / Fax: 847-368-1501
              rkelly@andersonwanca.com

              *Attorneys for Plaintiff*

              s/Jeffrey A. Backman (with permission)
              Jeffrey A. Backman, Esq.
              200 East Broward Boulevard, Suite 1800
              Fort Lauderdale, FL 33301
              Telephone: 954-734-1853 / Fax: 954-213-0140
              Jeffrey.backman@gmlaw.com

       And

       Dana L. Eisner
       Manatt, Phelps, & Phillips, LLP
       1050 Connecticut Avenue, NW, Suite 600
       Washington, DC 20036
       Telephone: 202-585-6576
       Fax: 202-637-1576
       DEisner@manatt.com

       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2016, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

              /s/Ryan M. Kelly